No. 748. E. B. CAPPS, ADMINISTRATOR, ETC. *v.* ATLANTIC COAST LINE RAILROAD COMPANY. March 8, 1920. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina denied. *Mr. James S. Manning* for petitioner. *Mr. Frederic D. McKenney, Mr. J. Spalding Flannery* and *Mr. P. A. Willcox* for respondent.

---

No. 749. J. W. ATKINS *v.* L. G. GARRETT. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter S. Penfield, Mr. W. B. Spencer* and *Mr. Charles Payne Fenner* for petitioner. No appearance for respondent.

---

No. 750. MARYANNE SHIPPING COMPANY, CLAIMANT OF STEAMSHIP "MARYANNE," *v.* RAMBERG IRON WORKS. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace L. Cheyney* and *Mr. Ralph J. M. Bullowa* for petitioner. *Mr. Francis Martin* for respondent.

---

No. 754. CRICKET STEAMSHIP COMPANY *v.* JOHN P. PARRY. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Cletus Keating* for petitioner. *Mr. Silas B. Axtell* for respondent.

---

No. 709. WALTER F. BRITTON, TRUSTEE, ETC., *v.* UNION INVESTMENT COMPANY. March 15, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for